UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI WEN WANG,<br><br>Petitioner,<br><br>v.<br><br>ACEVEDO,<br><br>Respondent. | Case No. 2:25-cv-00712-FLA (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

1

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, (Dkt. 1, "Petition"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 10, "Report").  No objections to the Report have been filed.  The court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

The court hereby ORDERS that Judgment be entered, granting Respondent's Motion to Dismiss, Dkt. 7, and DISMISSING the Petition with prejudice.

IT IS SO ORDERED.

Dated: March 30, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2