JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WEI WEN WANG,

                Petitioner,

      v.

ACEVEDO,

                Respondent.

Case No. 2:25-cv-00712-FLA (DTB)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, it is ADJUDGED that the action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: March 30, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2